# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 22-30249 |
| | ) | Chapter 7 |
| Sharon L. Anton, | ) | |
| | ) | **APPLICATION FOR APPROVAL** |
| Debtor. | ) | **OF EMPLOYMENT OF ATTORNEY** |
| _____ | ) | |

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an Attorney is necessary to represent or assist trustee in carrying out the trustee's duties as follows: To pursue partition of debtor's jointly owned real estate interests, sell real estate interests, and to otherwise represent the bankruptcy estate.

3. Gene W. Doeling and associates of Kaler Doeling, PLLP of 3429 Interstate Blvd. S., P.O. Box 9231, Fargo, ND 58106, is qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows: the firm's fees range from $240.00 to $320.00 per hour plus all out of pocket expenses.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee: None.

6. The trustee has made the following efforts to recover the asset prior to submitting this Application: N/A. The partition action was commenced shortly before the bankruptcy filing, the trustee requires the assistance of an attorney to pursue real estate interests, and to otherwise assist the estate with legal matters.

7. The Trustee has asked the applicant to begin work immediately to expedite its work

and to more efficiently use the time the applicant and Trustee have spent on this case making the initial analysis. Therefore, the Trustee respectfully requests that the employment be authorized effective on the date of this application.

WHEREFORE, applicant requests that the Court approve such employment by the trustee, effective this date.

DATED:  September 20, 2022         /s/  Gene W. Doeling
                                                            Gene W. Doeling
                                                            Bankruptcy Trustee
                                                            P.O. Box 9231
                                                           Fargo, ND  58106
                                                           (701) 232-8757

## 2014(a) RULE VERIFICATION

I, Gene W. Doeling of Kaler Doeling PLLP, the proposed professional named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

DATED:  September 20, 2022         SIGNED:         /s/ Gene W. Doeling
                                                                                           Gene W. Doeling
                                                                                           (701) 232-8757

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.:  22-30249 |
| | ) | Chapter 7 |
| Sharon L. Anton, | ) | |
| | ) | **NOTICE OF APPLICATION** |
| Debtor. | ) | **FOR APPROVAL OF** |
| | ) | **EMPLOYMENT OF ATTORNEY** |

**NOTICE OF APPLICATION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 14 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATE OF MAILING:  September 20, 2022          /s/  Gene W. Doeling
                                                                                             Gene W. Doeling
                                                                               Bankruptcy Trustee
                                                                               P.O. Box 9231
                                                                               Fargo, ND 58106
                                                                               (701) 232-8757

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Bky. Case No.: 22-30249 |
| ) | Chapter 7 |
| Sharon L. Anton, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Debtor. ) | |
| _____ ) | |

     Gene W. Doeling of Fargo, ND, swears that on September 20, 2022, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**NOTICE AND APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY**

to the parties listed below:

Thomas F. Murtha IV, on behalf of the debtor, murthalawoffice@gmail.com

USTPRegion12.SX.ECF@usdoj.gov


                                            /s/ Gene W. Doeling
                                            Gene W. Doeling