# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Bky. Case No. 22-30249 |
| ) | Chapter 7 |
| Sharon L. Anton, ) | |
| ) | **NOTICE AND MOTION** |
| Debtor. ) | **FOR APPROVAL OF** |
| ) | **CARVE-OUT AGREEMENT** |

Gene W. Doeling, the bankruptcy trustee in this case, respectfully requests that the Court approve a Carve-Out Agreement entered into with Bravera Wealth, f/k/a American Trust Center, as personal representative of the Estate of Antonia Anton (hereafter referred to as "Estate of Antonia Anton"), dated December 5, 2022. The Agreement, in essential part, provides as follows:

The Estate of Antonia Anton obtained a money judgment against the debtor in the amount of $361,028.27 and was docketed in Stark County on January 31, 2022.

The debtor has an undivided one-half ownership interest in real estate located in Stark County legally described as:

> **Township 140 North, Range 97 West**
> Section 24:  NE¼
> Section 24:  NW¼

The debtor's sister Lorraine Faulhaber is trustee of the Antonia Anton land trust, which owns the other undivided one-half interest in the real estate.

The Estate of Antonia Anton's judgment which was docketed in Stark County on January 31, 2022, created a judicial lien against the debtor Sharon Anton's one-half interest in both parcels of real estate.

There are no other liens or mortgages against this real property.

The bankruptcy estate is seeking to sell the bankruptcy estate's one-half interest in this real estate.

The trustee of the Antonia Anton land trust and the bankruptcy estate have agreed to a partition of the real property.

Through the settlement of the partition action, the bankruptcy estate will receive the Northeast Quarter (NE¼) of Section 24, Township 140 N., Range 97 W., and the Antonia Anton land trust will receive the Northwest Quarter (NW¼) of Section 24, Township 140 N., Range 97 W.

The Estate of Antonia Anton agrees that it will release its judgment lien from the Northwest

Quarter (NW¼) of Section 24, Township 140 N., Range 97 W., and will retain its judgment lien against the Northeast Quarter (NE¼) of Section 24, Township 140 N., Range 97 W., which will be sold and administered by the bankruptcy estate.

The Estate of Antonia Anton and the bankruptcy estate agree that the bankruptcy estate shall receive a carve-out of 15% of the net funds received from the sale of the real estate, free and clear of the Estate of Antonia Anton's judgment lien. The Estate of Antonia Anton's judgment lien shall attach to the other 85% of the net proceeds, and shall receive those funds up to the amount necessary to satisfy the judgment lien. Net proceeds are defined as gross sale proceeds less costs of sale, taxes, or miscellaneous expenses required to pass clear title of the real estate to a buyer.

A copy of the Carve-Out Agreement may be obtained by contacting the bankruptcy trustee. The bankruptcy estate will not incur a tax consequence as a result of this transaction.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN  55415 | below) |

DATED:  December 5, 2022          /s/ Gene W. Doeling
                                  Bankruptcy Trustee
                                  P.O. Box 9231
                                  Fargo, ND 58106
                                  (701) 232-8757

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>SHARON L ANTON | CASE NO: 22-30249<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 12/5/2022, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Carve-Out Agreement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/5/2022

/s/ Gene W. Doeling
Gene W. Doeling  05078
Bankruptcy Trustee
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND 58103
701 232 8757
heather@kaler-doeling.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>SHARON L ANTON | CASE NO: 22-30249<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 12/5/2022, a copy of the following documents, described below,

Notice and Motion for Approval of Carve-Out Agreement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/5/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING         (P)ATLAS ACQUISITIONS LCC              EXCLUDE
NCRS ADDRESS DOWNLOAD                    492C CEDAR LANE SUITE 442              US BANKRUPTCY COURT
CASE 22-30249                            TEANECK NJ 07666-1713                  655 1ST AVENUE NORTH  SUITE 210
DISTRICT OF NORTH DAKOTA                                                        FARGO  ND 58102-4932
MON DEC 5 9-16-52 PST 2022


EXCLUDE
(D)(P)ATLAS ACQUISITIONS LCC             BERGER ELECTRIC  INC                   CAPITAL ONE
492C CEDAR LANE SUITE 442                265 21ST STREET E                      PO BOX 60599
TEANECK NJ 07666-1713                    DICKINSON  ND 58601-3256               CITY OF INDUSTRY  CA 91716-0599




COMENITY BANK                            CREDIT ONE BANK  NA                    DANIEL J FRISK
VICTORIAS SECRET                         PO BOX 60500                           SCHWAB THOMPSON  FRISK
PO BOX 659728                            CITY OF INDUSTRY  CA 91716-0500        820 34TH AVENUE EAST  STE 200
SAN ANTONIO  TX 78265-9728                                                      WEST FARGO  ND 58078-7991




DANIEL J FRISK                           EBELTOFT SICKLER LAWYERS  PLLC         ESTATE OF ANTONIA ANTON
SCHWAB THOMPSON  FRISK                   2272 EIGHTH ST W                       BRAVERA BANK  PERSONAL REPRESENTATIVE
820 34TH AVE E  STE 200                  DICKINSON  ND 58601-8590               2272 8TH STREET WEST
WEST FARGO  ND 58078-7991                                                       DICKINSON  ND 58601-8590




MIDLAND CREDIT MANAGEMENT                MIDLAND CREDIT MANAGEMENT  INC         (P)PORTFOLIO RECOVERY ASSOCIATES LLC
350 CAMINO DE LA REINA                   PO BOX 2037                            PO BOX 41067
SUITE 100                                WARREN  MI 48090-2037                  NORFOLK VA 23541-1067
SAN DIEGO  CA 92108-3007




QUANTUM3 GROUP LLC AS AGENT FOR          SCOTT T SOLEM                          SOLEM LAW OFFICE
SADINO FUNDING LLC                       PO BOX 249                             PO BOX 249
PO BOX 788                               BEULAH  ND 58523-0249                  BEULAH  ND 58523-0249
KIRKLAND  WA  98083-0788




                                                                                EXCLUDE
STARK COUNTY DISTRICT COURT              STARK COUNTY SHERIFF                   THOMAS F MURTHA IV
51 3RD STREET E                          66 MUSEUM DR W                         MURTHA LAW OFFICE
DICKINSON  ND 58601-5254                 DICKINSON  ND 58601-3864               PO BOX 1111
                                                                                DICKINSON  ND 58602-1111




UHG I LLC                                DAN FRISK                              DARREL D HORAB
CO ATLAS ACQUISITIONS LLC                SCHWAB THOMPSON  FRISK                 HORAB  WENTZ
492C CEDAR LANE  STE 442                 820 34TH AVENUE EAST  SUITE 200        PO BOX 1021
TEANECK NJ 07666-1713                    WEST FARGO  ND 58078-7991              FARGO  ND 58107-1021




EXCLUDE
GENE W DOELING                           ROBERT B RASCHKE                       SCOTT W WENTZ
BANKRUPTCY TRUSTEE                       ASSISTANT US TRUSTEE                   HORAB  WENTZ
3429 INTERSTATE BLVD S                   SUITE 1015 US COURTHOUSE               PO BOX 1021
PO BOX 9231                              300 SOUTH FOURTH STREET                FARGO  ND 58107-1021
FARGO  ND 58106-9231                     MINNEAPOLIS  MN 55415-1320
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (DUPLICATE ADDRESS)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DEBTOR
SHARON L ANTON                            THOMAS FRANCIS MURTHA IV
11470  33RD ST SW                         MURTHA LAW OFFICE
DICKINSON  ND 58601-9406                  PO BOX 1111
                                          DICKINSON  ND 58602-1111
```