RE: Honorable Judge Shon Hastings    Exhibit
Case # 22-30249    Chapter 7 Bankruptcy    X-1

Mr Thomas Murtha,    1-16-2023
    6:40 pm

RE: Termination of Services,

I Sharon L. Anton, Have Terminated your Services, 1-16-2023, 6:40 pm.
Our Current Legal Services Immediately.
I Did Terminate, This Relationship. Because of Incompetence, failure to follow Client Instructions. Lack of Communication. I Expected Communication, And Sound Legal Advice. And Do not believe, I recieved Either. Please Do not, take Any Further Action on my Behalf.
I Request that you send my Case files Immediately. To the address Below.
So, That I can Presue Pro-Se. or Retain other Cousel.

Sharon L. Anton,
P.O. Box 1617
Dickinson, N.D.
58602

Sharon L. Anton

Att: Honorable Judge Shon Hastings

Exhibit X-2

Case # 22-30249   Chapter 7 Bankruptcy

Mr. Scott Solem,                                        1-16-2023

Re: Termination of Services,

I Sharon L. Anton, Have Terminated your Services, 1-16-2023.
Our Current Legal Services Immediately.
I Did Terminate. This Relationship. Because of Incompetence, failure to follow Client Instructions. Lack of Communication. I expected Communication And Sound Legal Advice. And Do not believe I recieved Either, Please, Do not take Any further Action on my Behalf.
I request that you Send my case files Immediately. To the address below. So, that I can Presue Pro-se. OR Retain other Counsel.

Sharon L. Anton
P.O. Box-1617
Dickinson, N.D. 58602

Sharon L. Anton

Att: Honorable Judge Shon Hastings    Exhibit
Case# 22-30249 Chapter 7 Bankruptcy    #3
Mr. Dan Frisk,                    1-16-2023,

Re: Termination of Services,

I Sharon L. Anton, Have Terminated your Services, 1-16-2023 Our Current Legal Services Immediately. I Did Terminate, This Relationship Because of, Incompetence, Failure to follow Cleint Instructions. Lack of Communication. I Expected Communication. And Sound Legal Advice. And Do Not believe, I Recieved Either. Please Do, Not, Take Any Further Action on my Behalf.

I Request that you Send my Case files Immediately. To the address below. So, That I can Presue Pro-se. Or Retain other Cousel.

Sharon L. Anton,
P.O. Box-1617
Dickinson, N.D. 58602

Sharon L. Anton

Case # 22-30249                                           1-20-2023

I Sharon Anton Are giving 14 Day notice to convert case from Chapter 7 to Chapter 13, Parties Are being given 14 Days to object to the motion to convert.

Sharon L. Anton