UNITED STATES BANKRUPTCY COURT
FILED '24 JAN 3 PM 2:

Att. Honorable Judge_____ Exhibits
North Dakota Bankruptcy Court, chapter 7   IBI, 5A#1
Bankruptcy Case #"22-30249"
"Complaint"   12-22-2023

I sharon L. Anton, Pray the North Dakota Bankruptcy Court,
Grant A Hearing Pretaining / Regarding these ongoing Issues,

I sharon L. Anton, As Pro-se, "Is Demanding", that North Dakota
Bankruptcy court, Trustee "Mr. Gene Doeling" Submit/provide
me with the Legal Documented ownership paperwork,
I sharon L. Anton, "Had/Never been provide, withheld" the
Legal Documents ownership paperwork, North Dakota Bankruptcy
court, Trustee "Mr. Gene Doeling" "Mr. Thomas Murtha," "Mr. Dan
Frisk." Have/Had never provided/submitted to me, with these
Legal ownership Documents, paperwork. I sharon L. Anton
As the Legal Documented ownership, Is Required To
Recieve the Legal property's Documented owner paperwork,
the Documentains, paperwork.

Summary List of my property's Legal Documented ownership.
property paperwork, "And what Finical Assets Are being Held"?
"The Itemized property's Fintical Assets Values (Descriptions.
"(Apprasials market values) with expert Appraser's."

The Itemized (properties Decriptions.) with the Legal Documents
Ownership paperwork.
For the North Dakota Bankruptcy Court (Filings.) (And Documented)
For sharon L. Anton, Chapter-7 Bankruptcy (Filings.)

my sharon L. Anton, "my Legal Rights, Are/Have been (violated")
with North Dakota Bankruptcy Court Trustee, Mr. Gene
Doeling," He Has not provided me the Legal Documents / "Is
"Denied me" "Refused" "To Give me Legal Documents / "Is
"Denied me" "Refused" "To Give" me Legal ownership Documented
with my land property with minerals Rights with minerals
Royalites Revenue checks, paperwork   Sharon L. Anton
(this IS Unexceptable.)



M Gmail                    **Sharon Anton <mustangsonrun04@gmail.com>**

---

# Demand letter, 1st response, 12-20-2023,

1 message

---

**Sharon Anton <mustangsonrun04@gmail.com>**                    Wed, Dec 20, 2023 at
To: mn20@ecfcbis.com " MR. Gene Doeling "                                      10:02 AM

North dakota bankruptcy court trustee, Mr.Gene Doeling. I Sharon L.Anton is Pro-se, with the North Dakota Bankruptcy Court,case #22-30249 chapter7 bankruptcy. I Sharon L.Anton, am Demanding, legal ownership paperwork legal documentation,documents, I have never received any no copies paperwork, regarding these issues. 1.I Sharon L.Anton, is the legal property's ownership of the property land property with minerals rights,and minerials royalties revenues, checks.My property was petition/divided with Honorable Judge, Shon Hastings, the paperwork was obtained with,north dakota bankruptcy trustee, Mr.Gene Doeling, I Sharon L.Anton, has never received,Copies the legal ownership documents, The ABSTRACT,TITLE DEED, OF MY PROPERTY OF LAND PROPERTY WITH THE MINERIALS RIGHTS,ANDTH MINERIALS ROYALTIES REVENUES, CHECKS,THE TITLE SEARCH PAPERWORK, NO SIGNED SIGNATURE OF TITLE WORK,NO TITLE MEETING, NO PAID RECIEPT OF WHO THE TITLE WORK. INCLUDING MY ABSTRACT HAD PREFOMED,AND DID THE LEGAL OWNERSHIP PROCEEDURE FOR MY LAND PROPERTY WITH MINERIALS RIGHTS,AND MINERIALS ROYALTIES REVENUES, CHECKS. THE LEGAL COPIES OF THE NAME OF THE "TITLE COMPANY ," ADDRESS, TELEPHONE NUMBER, THE TITLES COMPANY INFORMATION. COPIES OF THE PAID RECIEPTS. MR.GENE DOELING, YOU STATED I HAD RECEIVED ALL MY LEGAL DOCUMENTS, WHAT DATE DID YOU SEND MY LEGAL OWNERSHIP DOCUMENTS? I HAVE NEVER RECEIVED NO PAPERWORK REGARDING, MY LAND PROPERTY WITH MY MINERIALS RIGHTS, AND MINERIALS ROYALTIES CHECKS.I DEMAND MY LEGAL OWNERSHIP DOCUMENTS. 2. I DEMAND A TRUE COPIES, of the District of North Dakota Claims Register #22-30249 Sharon L.Anton, I have never received these documents regarding my north dakota bankruptcy court case#22-30249 chapter7 bankruptcy. 3.I DEMAND a Itemized List, of all my Legal ownership property assets. That is being held with the North Dakota Bankruptcy Court. I HAVE NEVER RECEIVED NONE / NO LEGAL PAPERWORK,. REGARDING THESE ISSUES. CASE #22-30249. SHARON L.ANTON

Att'. Honorable Judge On Filings   Exhibits * AA1

North Dakota Bankruptcy Court
Bankruptcy Case # 22-30249   12-22-2023
"Complaint"

I Sharon L. Anton, As Pro-SE, Pray the Nort Dakota Bankruptcy
Court, Grant a Court Hearing Retaining to these Issues.
North Dakota Bankruptcy Court, Trustee, MR. Gene Doeling,
MR Thomas Murtha, MR. Dan Frisk, And MR. Russell Murphy.
This Is too obvious, And simple to Ignore. They Have
"manipulated" My Legal Documented ownership, Sharon L. Anton,
And these powerful Legal professionals, "Trying To steal"
My Sharon L. Anton, Legal Documented ownership.
The "minerals Rights" And "minerials Royalites Revenues."
(Checks, cash.) Finical Assets. I will not agree to manipulation
of my Legal Rights (violated). North Dakota Bankruptcy
Court, Trustee "MR. Gene Doeling" Is Being "Dishonest, Deceit,
"fraud." with the "Filing AS A -0 $ Dollar Values" for my Mfnerials
Rights, And As the Finicial Assets Values. And with the "Filing
AS A -0 $ Dollars values" For my minerials Royalites Revenues.
(Checks, cash") Finicial Assets Values. with the North Dakota
Bankruptcy Court. Filings. That Is Illegal Filings." "Deceit" Fraud".
My Legal Documented ownership, Sharon. L. Anton, my minerials
Rights, And mineral Royalites Revenues (Checks, cash) with (1) oil well.
"Does Have A Substantal Finicial Assets Values."
"All Mineral Appraisals" Are Taking Into Condsideration, my (1) oil
well producing minerals Royalites Revenues, And with (5) possible
permitted more oil wells, that would be Also producing more
Substantial finical Assest Values, mineral Revenues (Checks.)
This Legal Documented ownership, Sharon L. Anton, Does Has,
Substantal Finical Assets Values, And "IS Required" with
my North Dakota Bankruptcy Filings. "Expert minerials Appraisal"
And Requires filing with my proper petitioning of my Land ownership.
Abstract, Tithe Deed Including my legal documented ownership of my
minerals Rights, mineral Royalites Revenues.
That I have Never Received.                    Sharon L. Anton

Att: Honorable Judge Shon M Strappe   Exhibit # AA2

North Dakota Bankruptcy Court

Bankruptcy Case # 22-30249 Chapter 7

"Complaint"

12-22-2023

I Sharon L. Anton, As Pro-se, Pray the North Dakota Bankrupt'c Court Grant A Court Hearing regarding the Issues,

I Sharon L. Anton, Is the Legal Documented Ownership of Land property with minerals Rights, And minerals Royalites Revenues (checks, cash) I have Never Sold, Transferred OR Recieved No money proceeds, for my Land property / with minerals Rights, with mineral Royalites Revenues, Checks. North Dakota Bankruptcy court Trustee "Mr. Gene Doeling." IS "not" "filing" OR "Reporting", OR "Not" "Documenting" my Legal Ownership. Documented Sharon L. Anton's minerals Rights, with minerals Royalites Revenues (checks/cash), to the North Dakota Bankruptcy Court (filings.) "Mr. Gene Doeling" North Dakota Bankruptcy court Trustee, Has been (collecting / And cashing) my minerals Rights, And minerals Royalites Revenues (checks, cash) for the years 2022, And 2023 "without" Aknowledging", Admitting, OR Reporting, Not filing, IS not Diclosing the minerals Revenues he has been Recieving" I have never "Recieved Any Documented paperwork for the Finical Assets values Accounting, And IS (not filing) And (Reporting) to the North Dakota Bankruptcy Court (Filing) for my North Dakota Bankruptcy Court filing, Mr. Gene Doeling Has Also placed A stop-order, for my Legal Ownership Documented with Kaiser, Fransk oil Company. That I Sharon L. Anton Is not to Recieve No Legal Documents paperwork No Legal paperwork of Any Kind, Information, How much Has Kaiser frans Oil company paid out to Mr. Russell murphy, And Mr. Gene Doeling? Mr. Gene Doeling IS withholding / Denying / Refusing me Sharon L. Anton As the Legal "owner" Legal "Documentation" And yet my name IS on the 10-99, And the stop order paperwork from Kaiser Frans Oil Company.

Sharon Anton

Att. Honorable Judge "Thomas M. Olsen's" Exhibits # ZI
North Dakota Bankruptcy Court   AA55 B55, B56 FF10
Bankruptcy Case # 22-30249  AA56  FF21   12-22-2023
"Complaint"

I Sharon L. Anton, prays the North Dakota Bankruptcy Court,
Address these Issues,

The North Dakota Bankruptcy Court, Trustee, Mr. Gene Doeling
Has violated And Is violating my Legal ownership Rights.
With the North Dakota Bankruptcy Court. I Sharon L. Anton, As the
Legal Jointly owned ownership. Land property, with minerial Rights
And minerials Royalites Revenues checks, with A producing Oil
well, "Mr Gene Doeling", North Dakota Bankruptcy Trustee. Is
Collecting minerial Revenues money And not Reporting And filing "Not" Accurate
Royalites Revenue, And not Reporting my minerials Rights, And minerial
Royalites Revenues checks, To the North Dakota Bankruptcy Court,
Filing Chapter 7 Bankruptcy. the Jointly owned property
with Sister Lorraine Faulhaber Since January 29th 2002,
Land property #283 Land Acres #480 minerial Acres Rights And minerial
Royalites Acres. And Regarding the minerials Rights And my minerial
Royalites Revenues Checks, That Is not "filed" or "Reported" with
North Dakota Bankruptcy Court, filings, To Get the values of
minerials 480 Acres, with A producing Oil well, that Is
obtaining Revenue Checks, Every month. That Mr. Gene Doeling, with
the North Dakota Bankruptcy Court. Trustee. Is not Reporting OR
Filing. That Is why A "minerial Appraisal", Is Required In the
North Dakota Bankruptcy Court "filing". To Get my Legal ownership
Documented, Cash value Assets  Exhibit # BB55, BB56
And Also the 2022, 10-99 Income Taxes that I filed And Reported, paid.
Exhibit. AA55, AA56, And the stop-order placed Exhibit # FF10 that minerials Rights
minerial Royalites Revenues Checks Stops
Removing my Legal ownership Denying me  Sharon L. Anton
Legal Documents for my Legal ownership.

 **Gmail**

Sharon Anton <mustangsonrun04@gmail.com>

---

## Mineral Appraisal
1 message

---

**Rob Prentice** <rprentice@turrett.com>                    Thu, Dec 21, 2023 at 12:36 PM
To: "Mustangsonrun04@gmail.com" <Mustangsonrun04@gmail.com>

Ms. Anton,

Thank you for your call.

Based on what I know right now from our conversation, I can do the mineral appraisal for $8,000 for one report.  If your sister needs her own separate report, that is assumed to be essentially the same with only name changes, that is an additional $1,000.  We take half payment up front and the second payment is made upon delivery of the draft report.

We are going to look at the past production from the one well you told me about.  We will also have to create a type well for modelling the potential production from the additional five wells you mentioned that have been staked.

Timing of these reports always change based on workload, but as of right now, I think it is reasonable to expect the report completion by the end of January.
We will need deeds, leases, and revenue statements from the last 24 months.  Please work on obtaining those.

Regards,

Rob

**Rob Prentice**

Office:  720-833-7090

Exhibit # B56

Mobile: 720-588-9160

Email:   rprentice@turrett.com

https://www.turrett.com



Att'. Honorable Judge Shon Hastings   Exhibits# KKI

North Dakota Bankruptcy Court
Bankruptcy Case # 22-30249   12-22-2023
"Complaint"

I Sharon L. Anton Pray the North Dakota Bankruptcy Court Address, these Issues Regarding my Legal ownership" UnDocumented, Filed "Not" for the North Dakota Bankruptcy Court, filings Chapter 7 Bankruptcy.

The "Extra" 160 Acres, Not filed, "Not Reported" Exhibits#   minerals only minerals Rights, And minerals Royalites Revenves (checks.) That Does have Cash Assets values. This property Is "minerals only"

I Sharon L. Anton, Is Alerting, that has Come to my Attention, To the North Dakota Bankruptcy Court, This Is Another, Legal ownership Document. That Is not being filed, or Reported with the North Dakota Bankruptcy court, chapter 7 Bankruptcy, filing. North Dakota Bankruptcy Court. Trustee, MR. Gene Doeling, "Is withholding" falsifing, This Cash Assets values, of the "Extra" 160 Acres, of minerals Rights, minerals Royalites Revenves checks, property Description # Township 140 minerals Rights, minerals Royalites Revenves, Checks "ONLY."

North Dakota Bankruptcy Court, Filing, not Listed, And O # Assets values. This Is A Cash Assets values. That North Dakota Bankruptcy "Trustee" "MR. Gene Doeling" Is Collecting And Cashing. The mineral Rights, And mineral Revenves checks, for the # 160 Acres minerals (Checks.) "MR. Gene Doeling" Is ALSO "Collecting And Cashing" For the Land property, with Another # 160 Acres minerals Revenves (checks).

MR. Gene Doeling, Is Collecting And Cashing "ALSO".

MR. Gene Doelty, I collecting And Cashing "ALSO." For the Land property with mineral Rights, And mineral Royalites Revenves Another # 160 Acres property Descriptions # 1. 160, Township 140, Range 97, section 13, sw Y4
a. 160 Township 140, Range 97, section 24, NE Y4
Rights, Roy# minerals only (3) 160 Township 140 North, Range 97, west Section 24, N½
total # 480 Acres, mineral Rights, mineral Royalites Revenves checks.

missing, Legal ownership Documentations, the Deed. Abstract, minerals Rights, minerals Royalites ownership. MR. Gene Doeling. Is not Reporting these minerals cash Assets values.   Sharon L. Anton
The Chapter 7 Bankruptcy, Is Inaccurate, falsifed. Paperwork Documents, Legal ownership.

Att'. Honorable Judge Shon Hastings   Exhibits # OA5
North Dakota Bankruptcy Court          B55, B56, G5, G8 G10
Bankruptcy Case # 22-30249             G6, G11, FF1, FF2
"Complaint"                            G13, G14 pp1 thru pp12
                                       12-22-2023

I Sharon L. Anton pray the North Dakota Bankroptcy Court,
Address these ongoing Legal Issues,
MR. thomas murtha, MR. Dan Frisk, Attorneys, north Dakota Bankruptcy
Court Trustee, MR. Gene Doeling, And MR. Russell murphy, with
Antonia Anton Estate, with Bravea Bank. Have/Are manipulated, falsified
the North Dakota Bankroptcy Court, Chapter 7 Bankruptcy
of Sharon L. Anton Bankroptcy Court "Filings" "Unreported" Legal
Assets. unDocumented Legal Ownership Assets values not "Not" reported "Un
And "Not" filed with the North Dakota Bankroptcy Court. For the
Chapter 7 Bankruptcy. withholding/Denying Legal ownership Exhibit#
Documents Exhibit# FF1, FF2 And "MR. Gene Doeling" not (Reporting) un B55, B56
As Cash Assets, Exhibit# G5 G8 10-99, 2022, And (Not unfiled,) Exhibit
Not Reporting my Legal ownership, Cash Assets values of thru-pp12 #PP1
my mineral Rights, mineral Royalites Revenues checks, thru-pp12
No mineral Appraisal" for the cash Assets values. That Is
Required for the North Dakota Bankruptcy Court filings. B55, B56
the Land property with minerals Rights, And minerial Royalites
Revenues checks Has (3) Cash Assets values.
     (1) Land/Property, Has (3) Cash assets values.
     (2) Mineral Rights, Has Cash Asset value.
     (3) minerial Royalites Revenues checks, has Cash Asset value.
Land Descriptions! 1. Township 140, Range 97 section 23 SW¼) Land w/
Exhibits# G5, G6, G8 G11     2. Township 140 Range 97, section 24 NE ¼) minerals
minerals only # (3) Township 140 North Range 97 west   Sharon L. Anton  w/minerals Royalites
Exhibits, #        Section 24 N ½" minerals Rights only And Revenues

*Exhibit F 10*

Stark Title LLC
111 2nd St W, Dickinson, ND 58601
**Phone** (701)483-2253 **Fax** (701)483-2252

*"Title Work"*

**STARK TITLE**
Dickinson ND

*"Sharon's Anton's "Share"*

| QUOTE | | | DATE 12/21/2023 |
|---|---|---|---|

| BILL TO | INSTRUCTIONS |
|---|---|
| **Sharon Anton** | |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Quote for New Abstract | $2,500.00 | $2,500.00 |

| | SUBTOTAL | $2,500.00 |
|---|---|---|
| | **TOTAL DUE** | $2,500.00 |

Thank you for your business!

Honorable Judge "No filings" Exhibits #

North Dakota Bankruptcy Court
Bankruptcy Case # 22-30249    KKL

"Complaint"    12-22-2023

I Sharon L. Anton Pray the North Dakota Bankruptcy Court Address,
these Issues Regarding my "Legal ownership" Undocumented, Filed "Not"
for the North Dakota Bankruptcy Court, filings Chapter 7 Bankruptcy.
the "Extra" 160 Acres, Not filed, Not Reported" Exhibits #    minerals only
minerals Rights, And minerals Royalites Revenues (checks)
That Does have Cash Assets values this property Is "minerals only"

I Sharon L. Anton, Is Alerting, that has Come to my Attention,
To the North Dakota Bankruptcy Court, this Is Another, Legal ownership
Document. that Is not being filed, or Reported with the North Dakota
Bankruptcy Court, Chapter 7 Bankruptcy filing. North Dakota Bankruptcy
Court. Trustee, MR. Gene Doeling, Is withholding "Falsifing" this Cash
Assets values, of the "Extra" # 160 Acres, of minerals Rights, minerals
Royalites Revenues Checks, property Description #
minerals Rights, minerals Royalites Revenues, Checks "ONLy!"
North Dakota Bankruptcy Court, filing, not Listed, And O # Assets values.
this Is A cash Assets values. that North Dakota Bankruptcy "Trustee"
'MR. Gene Doeling" Is collecting And Cashing. the mineral Rights,
And mineral Revenues checks, for the # 160 Acres minerals (Checks)
'MR. Gene Doeling" Is ALSO "collecting And Cashing" for the Land property,
with Another # 160 Acres minerals Revenues (checks).
MR. Gene Doeling, Is collecting And cashing "ALSO".
MR. Gene Doeling, I collecting And cashing "ALSO." for the Land property
with mineral Rights, And mineral Royalites Revenues Another # 160 Acres
property Descriptions # 1. 160, Township 140, Range 97, section 13, SW Y4
2. 160 Township 140, Range 97, section 24, NE Y4
ights, Roy # Minerals only (3.) 160 township 140 North, Range 97, west section 24 N½
total # 480 Acres, mineral Rights, mineral Royalites
missing, Legal ownership     Revenues checks.
Documentations, title Deed. Abstract, minerals Rights, minerals Royalites ownership.
MR. Gene Doeling, Is not Reporting these    Sharon L. Anton
minerals cash Assets values.
ng, Chapter 7 Bankruptcy, Is Inaccurate, Falsified.
Property make Documents legal ownership.

Att: Honorable "Judge Shon Hasting's                    Exhibits" XRI

North Dakota Bankruptcy Court                    G8, G11, G12
Bankruptcy Case # 22-30249                    G5, G6
"Complaint"                    12-22-2023

I Sharon L. Anton pray the North Dakota Bankruptcy Court Address these Legal Issues,

North Dakota Bankruptcy Trustee, "Mr. Gene Doeling" Has Never provide me Sharon L. Anton, Legal Documation Paperwork, of my Legaly ownership, that "Mr. Gene Doeling Had petitioned And Had Divided, I have Demand thes Legal Documents several times since, Honorable Judge Shon Hasting's Had completed (Petition) the Land propertys with mineral Rights And mineral Royalties Revenues Legal ownership that Had been tithe Deeded since January 29th 2002, Jointly owned Undivided Intrest with Sister Lorraine fawlhaber Recorded with the Stark County Court House, Dickinson, North Dakota 58601 Exhibit# G8, G11
Mr. Gene Doeling "North Dakota Trustee Bankrupty Is Denying/ Refusing     G12, G12, G5, G6
I have Never Recieved The "New Land petition" Documents, paperwork, with my Legal Documentation As Ownership.
Abstract, tithe Deed, tithe search, tithe company that Had preformed tithe work, with my Signature. these Documents Are Required with the North Dakota Legal ownership Laws. I Sharon L. Anton IS the Legal owner.

Sharon L. Anton



Exhibit 2
#G5

## WARRANTY DEED - JOINT TENANCY

THIS INDENTURE, Made this 29th day of January, 2002, between Antonia Anton, a single person, party of the first part, and Sharon Anton of 11470 33rd Street SW, Dickinson, North Dakota, 58601, Lorraine Faulhaber of 7101 98th Rs Avenue NW, Dickinson, North Dakota, 58601, parties of the second part;

WITNESSETH, That the said party of the first part, for and in consideration of the sum of one dollar and other good and valuable consideration, to her in hand paid by said parties of the second part, the receipt of which is hereby acknowledged, does by these presents, grant, bargain, sell and convey unto said parties of the second part, AS JOINT TENANTS AND NOT AS TENANTS IN COMMON, their heirs and assigns, FOREVER, all of the following real property lying and being in the County of Stark, State of North Dakota, and described as follows, to-wit:

Township 140, Range 97, Stark County, North Dakota
Section 13:   SW¼ *(and with mineral rights, minerals Reserves*
Section 24:   N½ # 160 Acres minerals only - w/ mineral rights*

*minerals only ➔* mineral Reserves Checks

Excepting and reserving unto the Grantor the full use, control, income and possession of the above described property for and during her natural life.

TO HAVE AND TO HOLD THE SAME, Together with all the hereditaments and appurtenances thereunto belonging or in anywise appertaining to the said parties of the second part, their heirs and assigns, the said parties of the second part taking AS JOINT TENANTS AND NOT AS TENANTS IN COMMON, FOREVER. And the said party of the first part, her heirs and assigns, does covenant with the parties of the second part, their heirs and assigns, that she is well seized in fee of the land and premises aforesaid and has good right to sell and convey the same in manner and form aforesaid; that the same are free from all encumbrances, except installments of special assessments or assessments for special improvements which have not been certified to the County Auditor for collection, and the above bargained and granted lands and premises in the quiet and peaceable possession of said parties of the second part, their heirs and assigns, against all persons lawfully claiming or to claim the whole or any part hereof, the said party of the first part will warrant and defend.

IN WITNESS WHEREOF, The said party of the first part hereunto set her hand the day and year first above written.

*Antonia Anton*
Antonia Anton

STATE OF NORTH DAKOTA   )
                         §
COUNTY OF STARK          )

M.C

On the 29th day of January, 2002 before me personally appeared Antonia Anton, a single person, known to me to be the same persons described in and who executed the within and foregoing instrument and acknowledged to me that they executed the same.

*Albert J. Hardy*
Albert J. Hardy, Notary Public
State of North Dakota
My Commission expires:   7/27/03

(SEAL)   ALBERT J. HARDY
NOTARY PUBLIC, STATE OF NORTH DAKOTA
MY COMMISSION EXPIRES JULY 27, 2003

1



**3015885**
Page: 1 of 2
02/19/2002 04:13P
HARDY, MAUS, NORDSVEN   ND   13.00 Stark County ND

Exhibit 26



I certify that the requirement for a report or statement of full consideration paid does not apply because this deed is for one of the transactions exempted by subdivision (c) of subsection 6, NDCC Section 11-18-02.2.

_____
Grantee or Agent
Date: _____

Auditor's Office, Stark Co., N.D.
Taxes and Special Assessments
paid and Transfer entered
Date ____ 2-19-02
_____ CO.AUDITOR
By _____ Deputy



Carol Beckert, Recorder

|||||||||||||||||||||||| **3015885**
HARDY, HAUS, NORDSVEN          Page: 2 of 2
                               02/19/2002 04:13P
                          ND   13.00 Stark County ND

2

Return To:
Hardy Law Firm
Box 570
Dickinson, ND 58602-

RETURN TO:

Prepared by:
Maus & Nordsven, P.C.
Attorneys at Law
PO Box 570
Dickinson, ND 58602-0570
(701) 483-4500

*STARK COUNTY RECORDER*
*OFFICIAL SEAL*
*STATE OF NORTH DAKOTA*

*Kathy Schwab*

3111677
08/26/2013 05:14:55 PM    Page 1 of 3
Stipulation Of Interest $16.00 Maus & Nordsven
Kathy Schwab, Stark County, ND Recorder

## STIPULATION OF INTEREST
## AND CROSS-CONVEYANCE

WHEREAS, the undersigned are the owners of undivided interests in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands located North Dakota:

Township 140 North, Range 97 West, Stark County, ND
Section 13:  SW1/4  } *Land w/ minerals,*
Section 24:  N1/2  } *160 Acres minerals only* "mineral Rights *"mineral Royalties* *Minerals Reserve*

together with the right of ingress and egress upon and from the premises to protect, explore, mine and produce such minerals; and

WHEREAS, There is some uncertainty as to the portion owned by each party of this undivided interest; and

WHEREAS, The undersigned desire to quit claim and convey away any interest either of them have so as to vest in the parties hereinafter described that percentage described below of oil, gas and other minerals; and

WHEREAS, It is the desire of each of the undersigned to clearly and finally establish the ownership of this undivided mineral interest in the above-described real property.

NOW, THEREFORE, For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by all parties hereto, the undersigned hereby stipulate and agree that the ownership of the undivided interest presently owned by the undersigned in and to the oil, gas and other minerals in and under and that may be produced from the hereinabove described lands located in North Dakota, is as follows:

| OWNER | INTEREST |
|---|---|
| Antonia Anton<br>PO Box 3052<br>Dickinson, ND 58602 | 100%<br>*Life Estate* |

*Exhibit 611*

Antonia Anton Remaindermen:

Sharon Anton                                    100%
PO Box 3052                              *Remaindermen*
Dickinson, ND 58602                      *as joint tenants with*
and                                      *rights of survivorship*
Lorraine Faulhaber
3493 117 W Ave SW
Dickinson, ND 58601

and further that each of the undersigned does grant, bargain, sell, convey and quit claim each to the other whatever interest he or she may own in the oil and gas, including associated hydrocarbons, and other minerals in and under and that may be produced from the above-described lands located in North Dakota, together with the right of ingress and egress upon and from the premises, to prospect, explore, mine and produce the same required to effectuate the purpose of this Stipulation and Cross-Conveyance.

**This agreement is effective March 1, 2013.**

This instrument shall be binding upon and effective as to the undersigned, their heirs, devisees, personal representatives, successors and assigns.

Dated this _22_ day of _August_, 2013.

_Antonia Anton_
Antonia Anton

_Sharon Anton_
Sharon Anton

_Lorraine Faulhaber_
Lorraine Faulhaber

STATE OF NORTH DAKOTA          )
                               ss
COUNTY OF STARK                )

The foregoing instrument was acknowledged before me this _21_ day of _August_, 2013, by Antonia Anton.

_Notary Public_
Notary Public

MICHAEL J MAUS
NOTARY PUBLIC, STATE OF NORTH DAKOTA
MY COMMISSION EXPIRES JULY 5, 2014

3111677
08/26/2013 05.14.55 PM    Page: 2 of 3
Stipulation Of Interest $16.00 Maus & Nordsven
Kathy Schwab, Stark County, ND Recorder



Exhibit # G10

STATE OF NORTH DAKOTA      )
                            ss
COUNTY OF STARK             )

The foregoing instrument was acknowledged before me this *21* day of *August*, 2013, by Sharon Anton.

MICHAEL J MAUS
NOTARY PUBLIC, STATE OF NORTH DAKOTA
MY COMMISSION EXPIRES JULY 5, 2014

Notary Public

STATE OF NORTH DAKOTA      )
                            ss
COUNTY OF STARK             )

The foregoing instrument was acknowledged before me this *20* day of *August*, 2013, by Lorraine Faulhaber.

MICHAEL J MAUS
NOTARY PUBLIC, STATE OF NORTH DAKOTA
MY COMMISSION EXPIRES JULY 5, 2014

Notary Public

Page 3 of 3

KAISER FRANCIS OIL COMPANY

February 19, 2018

Sharon Anton
34 Quail Meadow St.
Gillette, WY 82716

Lorraine Faulhaber
3493 114th Ave. SW
Dickinson, ND 58601

RE: Antonia Anton Life Estate, Owner# 0070820
    Peaceful Valley 13-24 / 22670

Dear Remainder,

Kaiser-Francis Oil Company (Kaiser-Francis) was notified Antonia Anton has passed away. In review of our records, you are a remainder to the life estate interest. To enable Kaiser-Francis to transfer the estate to the remainder, Kaiser-Francis will need a copy of Antonia Anton's Death Certificate. Once we receive a copy of the Death Certificate, Kaiser-Francis will be able to transfer the estate to the remainder.

Thank you for your assistance with this transaction and if you have any questions, please contact the undersign.

Sincerely,

Steven D. Selberg, CDOA
Sr. Division Order Analyst
Kaiser-Francis Oil Company

Exhibit G14

**KAISER-FRANCIS OIL COMPANY**                    P. O. Box 21468   Tulsa OK 74121-1468
                                                   6733 South Yale Tulsa, OK 74136
                                                        (918) 494-0000

Exhibit 67

## QUIT CLAIM DEED

THIS INDENTURE, made this 14th day of February, 2016 2017, between Lorraine Faulhaber, a married person dealing in her own and separate property, Grantor, and Lorraine Faulhaber as Trustee of the Antonia Anton Land Trust, Grantee, whose post office address is 3493 114W Ave SW, Dickinson, ND 58601.

For no consideration, Grantor does hereby QUIT CLAIM to the Grantee all of the following real property lying and being in the County of Stark, State of North Dakota, and described as follows, to-wit:

Township 140 N, Range 97 W:
Section 13: SW 1/4 Rule
Section 24: N 1/2

WITNESS, the hand of the Grantor:

Auditor's Office, Stark Co., N.D.
Taxes and Special Assessments paid and Transfer Accepted
Date— 2/22/17
By _____ CO AUDITOR
Deputy

_Lorraine Faulhaber_
Lorraine Faulhaber, Grantor

I certify that the requirement for a report or statement of full consideration paid does not apply because this deed is for one of the transactions exempted by subdivision __i__ of, 11-18-02.2(7), NDCC.

SIGNED: _____
Grantee or Agent

DATE: 2/14/17

STATE OF NORTH DAKOTA )
                                       ) ss.
COUNTY OF STARK        )

On this 14th day of Feb, 2016 2017, before me personally appeared Lorraine Faulhaber, known to me to be the person described in and who executed the within and foregoing instrument, and severally acknowledged that she executed the same.

RETURN TO:
KEOGH LAW OFFICE
PO BOX 1202
DICKINSON, ND 58602-1202

_____
Notary Public, State of North Dakota

ROBERT A KEOGH
NOTARY PUBLIC, STATE OF NORTH DAKOTA
MY COMMISSION EXPIRES JULY 31, 2019

STARK COUNTY RECORDER
OFFICIAL SEAL
STATE OF NORTH DAKOTA

Kathy Schwab

3138308
02/22/2017 01:17:47 PM   Page: 1 of 1
Quit Claim Deed $10.00 Keogh Law Office

Att. Honorable Judge Thomas L. Saladino "Filings" Exhibits #
mm1 mma mm3
TB1, TB2   AA5
North Dakota Bankruptcy Court   TB3, TB4, TB5, TB6 T.
Bankruptcy Case # 22-30249   TB8, TB9
"Complaint"   12-22-2023

I Sharon L. Anton, As pro-se. pray the North Dakota Bankrup
Court, Grant A Hearing Regarding these Issues.
MR. Gene Doeling, North Dakota Bankruptcy court trustee,
Is Devaluating my Sharon L. Anton Land property,
with making "Accusations", Statements, that my property
Doesn't have Access to water, For up to (5 years.)
this Is Devaluing my property, with No Documented
Paperwork From MR. Gene Doeling (Untrue)(Falsifing)
"Statements Accusations". I Sharon L. Anton Is providing
To the North Dakota Bankruptcy Court, (True Actual)
Paperwork Documents. Stating From "south west water   TB5, TB6
Pipline, Dickinson N.D. Exhibits # TB1, TB2, TB3, TB4, TB7 TB8

MR. Gene Doeling Had Hired A Incompart Realestate
Company Infinity Realestate, with No Adaquate Advertizing,
missing signs on property, pictures were provide to the North
Dakota Bankruptcy Court (prior.)

MR. Gene Doeling Had Hired A property Appraiser. Knowing
that we had A Court Hearing the October 31st 2023,
Before the Court Hearing Had Done the Incomplete
Appriasal for # 4,500.00 (2) pages.
Exhibit # mm1, mma, mm3 Appraisal company preforms A Complete
45 Page Appraisal with market comparables, soil test
Location of property for markets values, And the most Valueable
way of property Sale 20's OR 40's Tracts Sharon L. Anton
FOR 3.000.00 to # 3,500.00

Att: Honorable Judge Shon Hastings
North Dakota Bankruptcy Court
Case # 22-30249
"Complaint"

Exhibit "TB1.
TB2, TB3, TB4, TB5, TB6
TB7, TB8, TB9
12-20-2023

I Sharon L. Anton, pray the North Dakota Bankruptcy Court address these Issues", DeVaLuing my Land Property' North Dakota Bankruptcy Court Trustee, "MR. Gene Doeling." Had made A statement "that my Land Property can not Recieve Access 'to pipeline water, with southwater. Supplied to my Land property for (5) years or more". this statement "Is untrue / falsefied" claim statement, "that" MR. Gene Doeling Had testified, In the North Dakota Bankruptcy Court. October 31st 2023. "MR. Gene Doeling, Is making statements, with no Legal paperwork To provide to the North Dakota Bankruptcy Court I Sharon L. Anton, "Is/Has provided "the truth with Paperwork, from the southwest pipeline, north Dakota "I can connect/Recieve "southwest water to my Land property today I Just have to sign the paperwork packet Exhibit #TB1, TB2, TB3, TB4, TB5, TB6 TB7 TB8, TB9. what Are 'MR. Gene Doeling's Intentions? Speaking the Allegation's statements with no truthful, factual, Actual, Legal Paperwork Documents, provide to the North Dakota Bankruptcy Court, MR. Gene Doeling "Is Devaluing my Land/Property." I Sharon L. Anton. Is Praying otherwise Sharon L. Anton



SOUTHWEST WATER AUTHORITY

Our Vision: People and Business Succeeding with Quality Water   Our Mission: Quality Water for Southwest North Dakota

12/19/2023

Sharon Anton
PO Box 1617
Dickinson, ND 58601

**RE: Rural Water Hookup - Twp. 140 Rge. 97, Sec. 24 NE**

Dear Sharon:

Congratulations, as you can now join other North Dakotans who enjoy quality water year round. Enclosed find information for your connection to Southwest Water Authority's (SWA) quality water pipeline. *Please return signed document(s) & payment by January 19, 2024.*

**STEP 1: Sign Water Customer Information and Agreement Form & Initial Acknowledgement of Your First Water Bill.** *(Billing will begin as soon as the Hydraulic Study is completed.)*

**STEP 2: Submit Standard hookup fee of $3,803.00** *(Check or Money Order Payable to SWA)*

**STEP 3: Mark Your Connection Location on the Enclosed Map** *(Please return marked map with signed agreement)*

*Once you return all of the above documentation, SWA will conduct a hydraulic study to determine the water pressure for your installation and current customers affected in your area. SWA will call you with the results when the hydraulic study is complete. Service is dependent on the results of the study. Only 3 STEPS are left:*

**STEP 4: Hire a Licensed Plumber and Sewer/Water Installer**

**STEP 5: Return Subsequent User Installer Approval Form** *(Must be returned to SWA so materials can be set out)*

**STEP 6: Your Installer Completes Verification of Rural Water Service Connection Form** (completed form will be picked up by a SWA employee when your water is turned on and Automatic Meter Reader is installed. Amount Due for AMR will be included on the next billing cycle after installation. Amount not to exceed $647.00)

If you will require a connection "wet tap" to our main water pipeline, please notify our office at least two days in advance. Once your install is completed, you will need to allow for a 72 hour notice for your water service to be turned on.

**Important to Know**: For health, safety, and legal reasons, **ONLY** an authorized SWA representative can turn on your water. *It is your responsibility to acquire all easements, permits, installation costs, or any other incidental expenses needed to complete or maintain your home's service line connection to the water pipeline. All service lines exceeding 500 L.F. require a bacteriological test. Please take a few minutes to review the enclosed informational documents:* Late and Subsequent Applicant Requirements, Frequently Asked Questions (FAQs), SWA's Rules and Regulations, and the Water Rates.

It is also important to know that we are here to serve you. So if you have questions, please contact our office. That's because we look forward to connecting your life to Southwest Water Authority's quality water!

Thank you,

*Valerie Wiedrich*

**Valerie Wiedrich**
**Signup and Easement Assistant**

Exhibit # 163

Reference Number: 2023  121

SWA Employee: VDW

# SUBSEQUENT CUSTOMER LOG

| | |
|---|---|
| **Customer Name:** | Sharon Anton |
| **Address** | PO Box 1617 |
| **City, State Zip** | Dickinson, ND  58601 |
| **Phone Number:** | 701-495-1903 |
| **Email:** | |
| **Hookup Type:** | **Standard** |

| | |
|---|---|
| **County:** Stark | |
| **Contract :** 7-1B | **Service Area:** Davis Buttes |
| **TWP:** 140 | **RGE:** 97    **SEC:** 24 |
| **QTR:** NE | **LOT:**    **BLK:** |
| **Subdivision:** | |

## QUOTE

| | | | |
|---|---|---|---|
| **New Purchase Date:** | | **Gratis Easement:** | |
| **Date:** | 12/19/2023 | **Distance to Closest Line:** | over 200' |
| **Size of Closest Line:** | 1.5" | **Hookup Fee:** $ | 1,500.00 |
| **Material Cost:** | $ 673.00 | **Meter Pit Cost:** $ | 1,355.00 |

**To reserve water, payment is required at time of sign up.**
**This quote does not include costs for labor, construction or easements.**
**Your account will be billed at the next billing cycle.**
**Prices are subject to change depending on cost of material at time of pickup**

## REMARKS

*An Automatic Meter Reader is required for this service .  A cellular devise will be installed, and the cost is included in this quote.  In the event the cellular model does not work at your location, a satellite device will be installed instead.  The cost f the satellite device is $647. If used, you will be billed the difference in cost on your water bill once the device is installed.*

| | | |
|---|---|---|
| **Hookup Fee:** | $ | 1,500.00 |
| **Meter Pit:** | $ | 1,355.00 |
| **Materials:** | $ | 673.00 |
| **Automatic Meter Reader** | $ | 275.00 |
| **Wet Tap:** | $ | - |
| **Additional Units:** | $ | - |
| **Total:** | $ | 3,803.00 |
| **Paid Amt & Date:** | | |
| **Balance Due:** | $ | 3,803.00 |

EXHIBIT at TB4

# SOUTHWEST WATER AUTHORITY

4665 2nd Street Southwest, Dickinson, ND 58601-7231
701-225-0241 or toll free 1-888-425-0241, Fax 701-225-4058

## WATER CUSTOMER INFORMATION AND AGREEMENT

*(Landowner must sign this agreement if water customer is not landowner.)*

A. Water customer's name: **Sharon Anton**   Telephone: **701-495-1903**

Address: **PO Box 1617  Dickinson, ND  58602**

B. Type of customer: **Standard**   Number of units: **1**   County: **Stark**

C. Minimum contract period   5 year ☐  N/A ☒   Customer was informed billing will start at the next billing cycle _____

   *initial here*

D. Location of hook-up:

1. Legal Description: Qtr. **NE**  Sec. **24**  Twp. **140**  Range **97**  Lot _____  Block _____  Sub-div. _____

2. Meter will be located in:

   a. New meter pit ☒   Service Area **Davis Buttes**

   b. Other ☐   Contract # **7-1B**

3. Sketch
   Show boundary of the
   property and desired
   location to water meter

| NW 1/4 | NE 1/4 |
|--------|--------|
| SW 1/4 | SE 1/4 |

| Class of Applicant: | Initial ☐ | Final ☐ | Late ☐ | Construction ☐ | Subsequent ☒ |
|---|---|---|---|---|---|
| Type of transaction: | Gratis ☐ | New Purchase ☐ | Tenant ☐ | Transfer ☐ | |
| From: | | To: | | | |

Water customer agrees that in the event the water system does not become a reality, water customer will receive a refund for a portion of the sign-up fee without interest.

The water customer agrees to comply with and be bound by the Articles, Bylaws, Rules and Regulations of Southwest Water Authority, now in force, or hereafter duly and legally supplemented, amended or changed by Southwest Water Authority. The water customer also agrees to pay for water at such rate, time and place as set forth in the Rules and Regulations and rate schedule of Southwest Water Authority, and agrees to the imposition of such penalties for non-compliance with the Rules and Regulations which are currently or which may be hereafter adopted and imposed by Southwest Water Authority. The water customer further agrees that once water becomes available from Southwest Water Authority, the water customer will use and/or pay for such water service for a minimum period as noted above.

Southwest Water Authority shall have the final decision in the location of any service connection to its distribution system; shall determine the allocation of water to water customers in the event of a water shortage; and may shut off water to a water customer who allows a connection or extension to be made to his service line for the purpose of supplying water to any other person. In the event the total water supply shall be insufficient to meet of all needs of all the water customers, Southwest Water Authority will first satisfy all of the needs of all water customers for domestic purposes before supplying any water for any other purpose.

The water customer (or landowner) agrees to grant Southwest Water Authority, its successors or assigns, perpetual easement over, above, across, and through lands owned by the water customer (or landowner) to erect, construct, install, and lay, and thereafter use, operate and inspect, repair, maintain, replace and remove water pipelines and appurtenant facilities, together with the right of ingress and egress over adjacent land for the purpose mentioned above.

IN WITNESS WHEREOF, we have hereunto executed this agreement this _____ day of _____ 20___, in duplicate of origin

_____
Signature (water customer)

### SIGN-UP FEE CALCULATION:

| Sign-up fee: | | Materials fee: | |
|---|---|---|---|
| Sign-up fee: | _____ | Materials fee: | $ **2028** |
| Additional units: | _____ | Other: **AMR** | $ **275** |
| Other fees: | _____ | | |
| Subtotal: | $ **1500** | Subtotal: | $ **2303** |
| | | Total fees: | $ **3803** |

*Shaded areas for official use.*

_____
Signature (water customer)

_____
Signature of landowner (if other than water customer)

_____
Signature of landowner (if other than water customer)

_____
Address and phone number of landowner

_____
Signature (Southwest Water Authority representative)

*Southwest Water Authority does not discriminate on the basis of race, color, national origin, sex, age, religion, marital status, or disability in employment or the provision of services.*

The following information is requested by the Federal Government in order to monitor compliance with applicable Federal Civil Rights laws. You are not required to furnish this information, but are encouraged to do so. The law states that a provider of services may neither discriminate on the basis of this information, nor on whether you choose to finish However, if you choose not to furnish it, under Federal regulations the provider is required to note race, ethnicity, and sex on the basis of visual observation or surname

Ethnicity (mark one):   Not Hispanic or Latino ☐   Hispanic or Latino ☐   Sex:   Female ☐   Male ☐

Race (mark one or more):   White ☐   Black or African American ☐   American Indian/Alaskan Native ☐   Asian ☐   Native Hawaiian or Other Pacific Islander ☐

## SUBSEQUENT CUSTOMER INSTALLER APPROVAL

I _Sharon Anton_ (please print), a Subsequent Customer, hereby certify that I intend (subject to approval) to have my service line and all necessary plumbing fixtures installed and/or inspected by the licensed water and sewer installer and/or licensed plumber listed below:

Water and Sewer Installer: _____
License No: _____ Phone No: (Work) _____ (Home) _____
(Mobile) _____ Address: _____

Plumber: _____
License No: _____ Phone No: (Work) _____ (Home) _____
(Mobile) _____ Address: _____

Water and Sewer Installer or Master Plumber Doing Excavation: _____
License No: _____ Phone No: (Work) _____ (Home) _____
(Mobile) _____ Address: _____

Person Doing Wet Tap (Contractor or SWA): _____
License No: _____ Phone No: (Work) _____ (Home) _____
(Mobile) _____ Address: _____
SWA will perform wet taps for all connections to pipeline 6" and larger. Initial _____

I fully understand my installer must be approved by the Southwest Water Authority (SWA) prior to beginning installation of my water service line connection to the Southwest Water Authority distribution system and agree to conform to established installation guidelines and all rules and regulations concerning my installation. I also fully understand my installer must complete the required certification form (Verification of Rural Water Service Connection) prior to having my water turned on by an authorized representative of the SWA. I also fully understand that SWA requires 72 hours (3 business days) notice prior to scheduling an authorized field representative to turn on my water. The SWA field representative will adjust the pressure reducing valve, flush the line, check the chlorine residual, and turn on the water. **Note: The Subsequent Customer and/or installer are not allowed to turn the water on without specific authorization from the SWA.**

Remarks or proposed conditions concerning Subsequent Customer installation: _____
_____
_____

Signed By: _____ Print Name: _Sharon Anton_ Date: _____

      Subsequent Customer

Phone No: (Work) _____ (Home) _____ (Mobile) _____

Address: _____

Approval by Southwest Water Authority (SWA)

Signed By: _____ Date: _____

      SWA, Authorized Representative

Remarks: _____

**Any changes to the Subsequent Customer Installer Approval Form must be re-authorized by a SWA Representative.**

January 2009

Exhibit # TBE



Exhibit # TBE

## Thank you for your help!

Please put an X on the map to show us the following:

Proposed location of your meter pit ⟶

The area on the SWA transmission line where you will make your connection ⟶
The estimated distance from the transmission line (location of the connection)
to the location of your meter pit or house.

If a pasture tap is requested we need to know the following:

- Location of the proposed pasture tap meter pit
- Estimated distance from the transmission line (location of the connection) to the
  pasture tap meter pit
- Distance from the pasture tap meter pit to the tank(s)
- Number of tanks & where the tanks will be located.

Please Return Map when you return your
Signed agreement and check. Thank you

Please Mark
Map to
Service

701-495-1903
140-97-24
1 Standard- NWNW
1 Standard- NE
7-1 B Davis Buttes
Stark Co
11/1/2023

PO Box 1617
Dickinson, ND 58602

1 1/2" Line

Exhibit #137

# SOUTHWEST WATER AUTHORITY
## Verification of Rural Water Service Connection

**This form must be completed, including signatures of all installers and/or inspectors prior to service being turned on by Southwest Water Authority.**

Customer:_____Account No.: _____
Address:_____
City:_____ State:_____ Zip:_____ County:_____
Service Location Description: Township_____ Range:_____ Section:_____ Quarter:_____
               Subdivision:_____ Block:_____ Lot:_____

## Installation Requirements:
a.  Service connection shall be done in accordance with North Dakota state plumbing codes and Southwest Water Authority Rules and Regulations.
b.  Expansion tank shall be properly installed as required in accordance with North Dakota state plumbing codes.
c.  Service connection shall be physically discontinuous from all existing and previous water supplies in accordance with North Dakota state plumbing code.

## Installation Methods:
Indicate who performed the various work descriptions;

_____ 1. Exterior (underground) installation completed by:
   a)  Licensed Plumber
   b)  Licensed Water-Sewer Contractor
   c)  Homeowner and resident*
   d)  Other _____

_____ 2. Interior plumbing beyond first fitting completed by:
   a)  Licensed Plumber
   b)  Homeowner and resident*
   c)  Other
      _____

**\*All plumbing installations performed by the homeowner and resident must be inspected and certified.** Licensed plumbers are authorized to inspect the entire installation. Water-Sewer Contractors are authorized to inspect the exterior (underground) installation. Homeowners should be advised that these contractors/inspectors will not certify any work that is not visible and/or accessible via OSHA approved trenches. All underground installations must be inspected prior to burial.

Southwest Water Authority's certified Water Distribution Operators are authorized to inspect **homeowner installations beyond the curb stop or meter pit installed during Southwest Pipeline Project construction.** These inspections will only be performed at the scheduled time for hookup, so all work must be complete, visible, and accessible via OSHA approved trenches. **If the installation does not pass inspection, water service will not be turned on, the homeowner will be charged for a service call and will need to reschedule the hookup with the SWA office when corrections have been completed.**

**Certifications:**

**Plumber:**

I, _____ , a North Dakota licensed plumber, hereby certify that all work I performed or inspected at the herein referenced service connection to the Southwest Pipeline Project meets all Southwest Water Authority installation requirements noted herein.
Signature: _____ Date: _____ License #: _____

Brief description of work performed or inspected:_____
_____
_____
_____

**Water-Sewer Contractor:**

I, _____ , a North Dakota licensed Water-Sewer Contractor hereby certify that all work I performed or inspected at the herein referenced service connection to the Southwest Pipeline Project meets all Southwest Water Authority installation requirements noted herein.
Signature: _____ Date: _____ License #: _____

Brief description of work performed or inspected: _____
_____
_____
_____

**Homeowner and Resident:**

I, _____ , the homeowner and resident at the herein referenced service connection to the Southwest Pipeline Project, performed the installations described below in accordance with the Southwest Water Authority installation requirements noted herein and I accept full responsibility for any leaks or defects concerning my own plumbing.
Signature: _____ Date: _____

Brief description of work performed:_____
_____
_____
_____

**Water Distribution Operator:**

I, _____ , a North Dakota certified water distribution operator, hereby certify that the above referenced service connection to the Southwest Pipeline Project meets all Southwest Water Authority installation requirements noted herein.
Signature: _____ Date: _____ Certification # _____

Brief description of work/installations inspected:_____
_____
_____
_____

Exhibit #   TB9

SOUTHWEST WATER AUTHORITY
4665 2ND ST SW
DICKINSON ND  58601-7231

Attn: Valerie

Att: Honorable Judge Exhibits #
AA4
North Dakota Bankruptcy Court Chapter AA53, AA56
Bankruptcy Case # 22-30249 (7) B55, 856
"Complaint" 12-22-2023

I Sharon L. Anton, pray the North Dakota Bankruptcy Court, As Pro-Se,
Grant a Hearing pretaining to these Issues. As Pro-Se

North Dakota Bankruptcy Court Trustee, "Mr. Gene Doeiling."
"Is Doing "Substantial Abuse." "Hiding Finicial Assets." "Not Disclosing"
"Finical Assets" withholding Finicial Assets(Checks)(cash) And
Not Dichosing Finicial Assets Records" "Documents". withholding
"Legal property Documented Legal ownership Documents".

Mr. Gene Doeling Is not Disclosing / Filing / Not Reporting, falsifying
my Legal ownership of my Sharon L. Anton's property's, Froical
Assets values my Land property with minerals Rights, And
Minerals Royalites Revenues, Finicial Assets(checks, cash)
As Dollars Amounts with the North Dakota Bankruptcy
Court, Filing. And Is unDocumented Finical Assets.

my ownership of the minerals Rights, And minerals
Royalites Revenues checks, cash Assets. Have A Substaintial
Finical Assets values." Exhibit# B55, B56A minerals Appraisal
Is Required with A Expert "minerial Appraisal", To Achive
the Greatest Finicial Assets values. "Mr. Gene Doeling," North
Dakota Bankruptcy Court Trustee, Has been Collecting/cashing
my minerial Royalites Revenues, for the years 2022, And 2023,
And Is not Disclosing Finicial Assets values(check cash) And Is
not Disclosing Accounting For the finical Assets. 10-99 Income
Taxes Reported to the IRS, And I Sharon L. Anton, Filed the
Income Taxes And paid the Income Taxes. And Mr. Gene Doeling
Has the unReported checks, cash, And Did not file/Report to
the North Dakota Bankruptcy Court, Chapter 7 Bankruptcy
For Sharon L. Anton. Exhibit #10-99 AA56 2022year, 2023 No finicial
Assets Accounting. As the Legal Documented owner Sharon L.
Anton, the minerals Rights, minerials Royalites Revenes(checks cash)
Exhibit# Have "Substainal finicial
Assets Values". Sharon L. Anton

 Gmail

**Sharon Anton <mustangsonrun04@gmail.com>**

---

## Mineral Appraisal
1 message

---

**Rob Prentice** <rprentice@turrett.com>                    Thu, Dec 21, 2023 at 12:36 PM
To: "Mustangsonrun04@gmail.com" <Mustangsonrun04@gmail.com>

Ms. Anton,

Thank you for your call.

Based on what I know right now from our conversation, I can do the mineral appraisal for $8,000 for one report.  If your sister needs her own separate report, that is assumed to be essentially the same with only name changes, that is an additional $1,000.  We take half payment up front and the second payment is made upon delivery of the draft report.

We are going to look at the past production from the one well you told me about.  We will also have to create a type well for modelling the potential production from the additional five wells you mentioned that have been staked.

Timing of these reports always change based on workload, but as of right now, I think it is reasonable to expect the report completion by the end of January. We will need deeds, leases, and revenue statements from the last 24 months. Please work on obtaining those.


Regards,

Rob


**Rob Prentice**

Office:  720-833-7090

Exhibit # B56

Mobile: 720-588-9160

Email: rprentice@turrett.com

https://www.turrett.com



Exhibit
AA50

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Information** |
|---|---|---|---|
| KAISER-FRANCIS OIL COMPANY<br>P.O. BOX 21468<br>TULSA, OK 74121-1468<br><br>918-491-4607 | $ | Form **1099-MISC** | |
| | 2 Royalties | (Rev. January 2022) | |
| | $ 11,054.12 | For calendar year **2022** | |

| | 3 Other income | 4 Federal income tax withheld | Copy B |
|---|---|---|---|
| PAYER'S TIN         RECIPIENT'S TIN | $ | $ | For Recipient |
| | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| 73-1006655         ***-**-6977 | $ | $ | |

| RECIPIENT'S name  Street address (including apt. no.) City or town, state or province, country, and ZIP or foreign postal code | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| SHARON ANTON<br>C/O GENE W DOELING BANKRUPTCY<br>TRUSTEE<br>PO BOX 9231<br>FARGO                    ND.<br>                    58106-9231 | 9 Crop insurance proceeds<br>$ | 10 Gross proceeds paid to an attorney<br>$ | |
| | 11 Fish purchased for resale<br>$ | 12 Section 409A deferrals<br>$ | |
| | 13 FATCA filing requirement ☐ | 14 Excess golden parachute payments<br>$ | 15 Nonqualified deferred compensation<br>$ |
| Account number (see instructions)<br>RKFO0108640 | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income |

Exhibit
AA56

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | | OMB No. 1545-0112 | Interest Income |
|---|---|---|---|---|
| KAISER-FRANCIS OIL COMPANY P.O. BOX 21468 TULSA, OK 74121-1468 918-491-4607 | CORRECTED (if checked) 1 Interest income $ 410.14 | | Form **1099-INT** (Rev. January 2022) For calendar year 2022 | Copy B |

| PAYER'S TIN | RECIPIENT'S TIN | 2 Early withdrawal penalty $ | | For Recipient |
|---|---|---|---|---|
| 73-1006655 | ***-**-6977 | 3 Interest on U.S. Savings Bonds and Treasury obligations $ | | |

| RECIPIENT'S name  Street address (including apt. no.) City or town, state or province, country, and ZIP or foreign postal code | 4 Federal income tax withheld $ | 5 Investment expenses $ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if |
|---|---|---|---|
| SHARON ANTON C/O GENE W DOHLING BANKRUPTCY TRUSTEE PO BOX 9231 | 6 Foreign tax paid $ 8 Tax-exempt interest $ | 7 Foreign country or U.S. possession 8 Specified private activity bond interest $ | this income is taxable and the IRS determines that it has not been reported. |

REPORTED TO STATE TAX DEPARTMENT FOR STATE

Att'. Honorable Judge Hastings          Exhibits #
North Dakota Bankruptcy Court                    FF10, FF21  AA3
Bankruptcy Case # 22-30249          12-22-2023
"Complaint"

I Sharon L. Anton, As Pro-SE. Pray the North Dakota Bankruptcy court, Grant A Hearing RRetaining to these ongoing Issues,

North Dakota Bankruptcy Court Trustee "MR. Gene Doeling". Placed A "Stop-order" With A E-mail He Had Sent to the Kaiser Fransic oil Company. Regarding/Pretaining to my sharon Anton Legal Documented ownership, with my, minerals Rights, minerals Royalites Revenues (checks cash) Refusing / Denying me Sharon L. Anton the Legal Documents or Any Information, MR Gene Doeling with the North Dakota Bankruptcy court, Trustee Has Also been collecting/cashing the minerals Revenes And "not Documenting" the finicial Assets (cash) To the North Dakota Bankruptcy Court (filings.) And MR. Gene Doeling Has $$ Dollars finicial Assets Values with the North Dakota Bankruptcy Court, filings. And Reporting And Documentations, Exhibits filings # Filings. North Dakota Bankruptcy Court, Chapter 7 Sharon L. Anton Stop order Exhibit # FF10, FF21

MR. Gene Doeling Has Never provide me, Sharon L. Anton, As the Legaly Documented ownership since January 29th 2002. Land/property with minerals Rights, minerals Royalites Revenues. checks. Never provided, the newly petitioned with Honorable Judge Shon Hastings. She had ordered MR. Gene Doeling to DO. the Abstract, Title Deed, with my Land property with my minerals Rights, And minerals Royalites Revenues, Checks. That MR. Gene Doeling IS collecting/Cashing Checks, And Not Documenting, not Accounting the finicial Assets values. To the North Dakota Bankruptcy court (filing)

Sharon L. Anton

Exhibits #

Exhibit # FF10

# Gmail

**Sharon Anton <mustangsonrun04@gmail.com>**

Stop-order

## FW: Owner 0108640 Sharon Anton

1 message

**Owner Relations** <OwnerRelations@kfoc.net>                          Thu, Dec 14,
To: "mustangsonrun04@gmail.com" <mustangsonrun04@gmail.com>

Hello Ms. Anton,

Please see below advisement from our Division Order department regarding your request for
information.

**She will need to contact the bankruptcy atty (Gene Doeling) at 701-232-8757 to obtain t**
**information and legal information/document concerning the bankruptcy.  We previousl**
**of this in February of 2022.  We cannot provide any info to her.**

Best regards,

Benjamin Chasenah

Royalty Relations

918-491-4232

ownerrelations@kfoc.net

www.kfoc.net

Exhibit FF21

KAISER-FRANCIS OIL COMPANY

P. O. Box 21468   Tulsa OK 7-
6633 South Yale Tuls
(9)

Att'. Honorable Judge "Findings"   Exhibits+
North Dakota Bankruptcy Court   mm1, mma,   AA5
Bankruptcy Case # 22-30249   TB1, TB2   TB6 TB7
"Complaint"   TB3, TB4, TB5   TB8, TB9
12-22-2023

I Sharon L. Anton, As pro-se. pray the North Dakota Bankruptcy
Court, Grant A Hearing Regarding these Issues.
MR. Gene Doeling, North Dakota Bankruptcy Court trustee,
Is Devaluating my Sharon L. Anton Land property,
With making "Accusations", Statements, that my property
Doesn't have Access to water. For up to (5 years.)
This Is Devaluing my property, with No Documented
Paperwork From MR. Gene Doeling (Untrue) (Falsifing)
"Statements Accusations". I Sharon L. Anton Is providing
To the North Dakota Bankruptcy Court, (True Actual)
Paperwork Documents. Stating From "south west water
Pipline, Dickinson N.D. Exhibits # TB1, TB2, TB3 TB4, TB5, TB6,
TB7 TB8, TB9. TB10
MR. Gene Doeling Had Hired A Incompant Realestate
Company Infinity Realestate, with No Adaquate Advertizing,
missing signs on property, pictures were provide to the North
Dakota Bankruptcy Court (prior.)
MR. Gene Doeling Had Hired A property Appraiser. Knowing
that we had A Court Hearing the october 31st 2023,
Before the Court Hearing Had Done the Incomplete
Appriasal For #4,500°° (2) pages.
Exhibit # mm1, mm2 Appraisal company preforms A Complete
mm3
45 page Appraisal with market Comparables, soil test
Location of property for markets values, And the most Valueable
way of property Sale 20's or 40's Tract's   Sharon L. Anton
For 3,000°° to #3,500°°

*Exhibit Mm1*

*Land Appraisal*

Certain effective date such as date of death or current date.

Is the property currently listed?

If so, how much is it listed for and how long has it been listed?

Is there a purchase agreement?

We do need a copy of there is a purchase agreement in place.

If not, has it ever been listed within the last 3 years?

If so, how much was it listed for and how long was it listed?

Address of where the report(s) should be sent and how many copies you would like stated below:

As stated on the phone, the approximate cost of the appraisal will be $3000-$3500 and we are out about 8-10 weeks. Payment is after the appraisal is completed with a bill sent with the appraisal which you then have 30 days to pay.

Thank-you,

Carrie Mann, Certified General Appraiser

Allied Appraisals of ND

1937 E. Capitol Ave.

Bismarck, ND 58501

 Gmail

*Land Appraisal*

Sharon Anton <mustangsonrun04@gmail.com>

---

## appraisal
1 message

**cmann@midconetwork.com** <cmann@midconetwork.com>                Thu, Dec 21, 2023 at 8:59 AM
To: mustangsonrun04@gmail.com

Sharon,

Per our phone conversation, here is the information I would like to have to get you on our schedule:

Just a general statement from you stating you would like our company (Allied Appraisals) to do the appraisal.

Intended use (purchase, estate, gifting, tax purposes or stepped up, etc.)

Intended users (names on the report--personal rep of the estate or all the siblings)

Contact numbers --cell and home #s of person to contact for information about the property

Legal description of property to be appraised:

Provide any rental contracts pertaining to the property including CRP contracts, we would like copies as well as renter's contact info if you would like me to talk to him.

Office:  701-355-4535  Cell:  701-220-7368

E-mail:  cmann@midconetwork.com

Fax:  1-888-217-0218

| 4.5 | Daniel J. Frisk | | Last 4 digits of account number ___ ___ ___ ___ | $ 440.00 |
|---|---|---|---|---|

Daniel J. Frisk
Nonpriority Creditor's Name

Schwab, Thompson & Frisk
Number     Street

820 34th Ave E, Ste 200

West Fargo ND    58078
City      State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Legal Fees

$ 440.00

---

| 4.6 | Ebeltoft Sickler Lawyers, PLLC | | | $ 96,756.45 |
|---|---|---|---|---|

Ebeltoft Sickler Lawyers, PLLC
Nonpriority Creditor's Name

2272 Eighth St W
Number     Street

Dickinson ND    58601
City      State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Judgment Liens

$ 96,756.45

---

| 4.7 | Estate of Antonia Anton | | | $ 264,271.83 |
|---|---|---|---|---|

Estate of Antonia Anton
Nonpriority Creditor's Name

Bravera Bank, Personal Representative
Number     Street

220 1st Ave W

Dickinson ND    58601
City      State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Judgment Liens

$ 264,271.83

| 4.8 | Solem Law Office | | | s Unknown |
|---|---|---|---|---|

**4.8** Solem Law Office
Nonpriority Creditor's Name

PO Box 249
Number   Street

Beulah ND    58523
City   State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Legal Fees

s Unknown

---

**4.9** Thomas F. Murtha IV
Nonpriority Creditor's Name

Murtha Law Office
Number   Street

PO Box 1111

Dickinson ND    58602-1111
City   State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Legal Fees

$ 59,402.84

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Midland Credit Management
Creditor's Name

350 Camino De La Reina
Number   Street

Suite 100

San Diego CA    92108
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line  4.4   of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

---

Portfolio Recovery Associates, LLC
Creditor's Name

120 Corporate Blvd
Number   Street

Norfolk VA    23502
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line  4.2   of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number  0758**

---

Stark County District Court
Creditor's Name

51 3rd Street E
Number   Street

Dickinson ND    58601
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line  4.7   of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

Case 22-30249    Doc 11    Filed 09/08/22    Entered 09/08/22 20:22:26    Desc Main
Document    Page 45 of 53

Debtor _____

| | |
|---|---|
| Stark County Sheriff | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Creditor's Name | Line 4.7 of *(Check one):* |
| 66 Museum Dr W | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Dickinson ND   58601 | Claims |
| City   State   ZIP Code | Last 4 digits of account number |

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

| | | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. $ 0.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. $ 0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

| | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. $ 0.00 |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 421,920.26 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 421,920.26 |

Debtor 1   Sharon L. Anton

First Name   Middle Name   Last Name   Case number *(if known)* 22-30249

---

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Wearing apparel | $ 500.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
gold, silver

☐ No
☑ Yes. Describe...

| Costume Jewelry | $ 50.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.**..................................................................➤

| $1,350.00 |

---

**Part 4   Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.....................................................................................   Cash ......................   $ 300.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................   Institution name:

17.1. Other financial account:   Western Cooperative Credit Union   $ 362.57

17.2. Other financial account:   Western Cooperative Credit Union   $ 487.03

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them..........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

Case 22-30249   Doc 163   Filed 01/03/24   Entered 01/03/24 14:41:37   Desc Main
Case 22-30249   Doc 11   Filed 09/08/22   Entered 09/08/22 23:22:23   Desc Main
Document   Page 47 of 53
Document   Page 5 of 36

Exhibit
PP6

Debtor 1   Sharon L. Anton
First Name   Middle Name   Last Name

Case number *(if known)* 22-30249

---

**3.4** Make: Texas

Model: Bragg

Year: 1997

Approximate mileage: _____

Other information:

> Condition:Poor;

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 200.00 | $ 200.00 |

---

**3.5** Make: Datsun

Model: Pickup

Year: 1972

Approximate mileage: _____

Other information:

> Condition:Poor; JTWROS Sheldon Stanger;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 300.00 | $ 150.00 |

---

**3.6** Make: Chevrolet

Model: Camero

Year: 1974

Approximate mileage: 120,000

Other information:

> Condition:Fair;

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 3,000.00 | $ 3,000.00 |

---

**3.7** Make: Ford

Model: Mustang

Year: 1972

Approximate mileage: _____

Other information:

> Condition:Poor; restoring (JTWROS Sheldon Stanger);

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 500.00 | $ 250.00 |

---

**3.8** Make: Ford

Model: Mustang

Year: 1972

Approximate mileage: 130,000

Other information:

> Condition:Fair; JTWROS Sheldon Stanger;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 15,000.00 | $ 7,500.00 |

---

**3.9** Make: Chevrolet

Model: Pickup C20

Year: 1972

Approximate mileage: 120,000

Other information:

> Condition:Fair; JTWROS Sheldon Stanger;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 2,000.00 | $ 1,000.00 |

---

**3.10** Make: Ford

Model: Mustang

Year: 1969

Approximate mileage: 120,000

Other information:

> Condition:Fair; JTWROS Sheldon Stanger,

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 25,000.00 | $ 12,500.00 |

Debtor 1   Sharon L. Anton
First Name   Middle Name   Last Name

Case number *(if known)* 22-30249

---

**3.4** Make: Texas

Model: Bragg

Year: 1997

Approximate mileage: ____

Other information:

Condition: Poor;

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?   Current value of the portion you own?

$ 200.00   $ 200.00

---

**3.5** Make: Datsun

Model: Pickup

Year: 1972

Approximate mileage: ____

Other information:

Condition: Poor; JTWROS Sheldon Stanger;

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?   Current value of the portion you own?

$ 300.00   $ 150.00

---

**3.6** Make: Chevrolet

Model: Camero

Year: 1974

Approximate mileage: 120,000

Other information:

Condition: Fair;

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?   Current value of the portion you own?

$ 3,000.00   $ 3,000.00

---

**3.7** Make: Ford

Model: Mustang

Year: 1972

Approximate mileage: ____

Other information:

Condition: Poor; restoring (JTWROS Sheldon Stanger);

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?   Current value of the portion you own?

$ 500.00   $ 250.00

---

**3.8** Make: Ford

Model: Mustang

Year: 1972

Approximate mileage: 130,000

Other information:

Condition: Fair; JTWROS Sheldon Stanger;

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?   Current value of the portion you own?

$ 15,000.00   $ 7,500.00

---

**3.9** Make: Chevrolet

Model: Pickup C20

Year: 1972

Approximate mileage: 120,000

Other information:

Condition: Fair; JTWROS Sheldon Stanger;

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?   Current value of the portion you own?

$ 2,000.00   $ 1,000.00

---

**3.10** Make: Ford

Model: Mustang

Year: 1969

Approximate mileage: 120,000

Other information:

Condition: Fair; JTWROS Sheldon Stanger

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?   Current value of the portion you own?

$ 25,000.00   $ 12,500.00

Debtor 1  Sharon L. Anton

First Name   Middle Name   Last Name   Case number *(if known)* 22-30249

Less NW4NW4NW4

**1.3** 11470 - 33rd St SW
Street address, if available, or other description

Dickinson ND   58601
City   State   ZIP Code

Stark County
Country

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 90,000.00   $ 90,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property

**Other information you wish to add about this item, such as local property identification number:**
NW4NW4NW4 24-140-97 approx 6 acres

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................➔   $1,235,000.00

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
☐ No
☑ Yes

**3.1** Make: Ford
Model: Mustang
Year: 1965
Approximate mileage: 135,000
Other information:
Condition:Poor;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 10,000.00   $ 10,000.00

**3.2** Make: Dodge
Model: Pickup
Year: 1994
Approximate mileage: 800,000
Other information:
Condition:Poor;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 2,000.00   $ 2,000.00

**3.3** Make: Ford
Model: Mustang
Year: 1969
Approximate mileage: ___
Other information:
Condition:Poor, restoring (JTWROS Sheldon Stanger):

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 400.00   $ 200.00

*EXHIBIT 14* PP9

| Debtor 1 | Sharon L. Anton | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Custom Painting
Name of business, if any

PO Box 1617
Number      Street

Dickinson                          ND        58602-1617
City                               State     ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

Debtor 1 ___Sharon L. Anton_____   Case number (if known)_____
  First Name    Middle Name    Last Name

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c. State the type of debts you owe that are not consumer debts or business debts.**

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☑ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Sharon L. Anton                              ✗ _____
Signature of Debtor 1                                 Signature of Debtor 2

Executed on  __08/18/2022__                           Executed on  _____
             MM  /  DD  /YYYY                                       MM  /  DD  /YYYY

PP 11

Debtor 1    Sharon L. Anton
            First Name    Middle Name    Last Name                    Case number *(if known)* 22-30249

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
             companies, or others
    ☑ No
    ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    |               |          |
    |---------------|----------|
    | Federal:      | $ 0.00   |
    | State:        | $ 0.00   |
    | Local:        | $ 0.00   |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information....

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
             Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**
    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due from someone who has died**
    ☑ No
    ☐ Yes. Give specific information....

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court

District of North Dakota
_____

In re Sharon L. Anton

Case No. _____

**Debtor**

Chapter 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✓] FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . $ 2,500.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . $ 338.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,162.00

[ ] RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

[ ] Debtor        [✓] Other (specify) None

3. The source of compensation to be paid to me is:

[ ] Debtor        [✓] Other (specify) None

4. [ ] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[✓] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;